Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:      (804) 644-1700
Facsimile:       (804) 783-6192

*Proposed Counsel for the Debtors and
Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PATRIOT COAL CORPORATION, | ) ) ) | Case No. 15-32450 (KLP) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. xx-xxx2045 | ) ) |  |
| In re: | ) ) | Chapter 11 |
| APOGEE COAL COMPANY, LLC, | ) ) ) | Case No. 15-32455 (KLP) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. xx-xxx2865 | ) ) |  |
| In re: | ) ) | Chapter 11 |
| APPALACHIA MINE SERVICES, LLC | ) ) ) | Case No. 15-32460 (KLP) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. xx-xxx0233 | ) |  |

| | |
|---|---|
| In re: | Chapter 11 |
| BLACK STALLION COAL COMPANY, LLC | Case No. 15-32469 (KLP) |
| Debtor. | |
| Tax I.D. No. xx-xxx7792 | |
| In re: | Chapter 11 |
| BRODY MINING, LLC | Case No. 15-32471 (KLP) |
| Debtor. | |
| Tax I.D. No. xx-xxx0610 | |
| In re: | Chapter 11 |
| CATENARY COAL COMPANY, LLC | Case No. 15-32474 (KLP) |
| Debtor. | |
| Tax I.D. No. xx-xxx5836 | |
| In re: | Chapter 11 |
| CENTRAL STATES COAL RESERVES OF KY, LLC | Case No. 15-32476 (KLP) |
| Debtor. | |
| Tax I.D. No. xx-xxx0681 | |
| In re: | Chapter 11 |
| COLONY BAY COAL COMPANY | Case No. 15-32479 (KLP) |
| Debtor. | |
| Tax I.D. No. xx-xxx4613 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORYDON RESOURCES LLC | ) | Case No. 15-32480 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3790 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COYOTE COAL COMPANY LLC | ) | Case No. 15-32487 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6141 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DODGE HILL MINING COMPANY, LLC | ) | Case No. 15-32482 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8899 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN ASSOCIATED COAL, LLC | ) | Case No. 15-32484 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5516 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN ROYALTY, LLC | ) | Case No. 15-32489 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8759 | ) | |

3

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EMERALD PROCESSING, L.L.C. | ) ) ) | Case No. 15-32448 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx6524 | ) ) | |
| In re: | ) ) | Chapter 11 |
| GATEWAY EAGLE COAL COMPANY, LLC | ) ) ) ) | Case No. 15-32493 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx6908 | ) ) | |
| In re: | ) ) | Chapter 11 |
| GRAND EAGLE MINING, LLC | ) ) ) | Case No. 15-32497 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx0622 | ) ) | |
| In re: | ) ) | Chapter 11 |
| HERITAGE COAL COMPANY LLC | ) ) ) | Case No. 15-32499 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx6920 | ) ) | |
| In re: | ) ) | Chapter 11 |
| HIGHLAND MINING COMPANY, LLC | ) ) ) | Case No. 15-32452 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx9675 | ) | |

KE 36171385

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HILLSIDE MINING COMPANY | ) ) ) | Case No. 15-32457 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx5451 | ) ) | |
| In re: | ) ) | Chapter 11 |
| HOBET MINING, LLC | ) ) ) | Case No. 15-32461 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx6083 | ) ) | |
| In re: | ) ) | Chapter 11 |
| JUPITER HOLDINGS LLC | ) ) ) | Case No. 15-32464 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx8670 | ) ) | |
| In re: | ) ) | Chapter 11 |
| KANAWHA EAGLE COAL, LLC | ) ) ) | Case No. 15-32449 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx9926 | ) ) | |
| In re: | ) ) | Chapter 11 |
| KANAWHA RIVER VENTURES III, LLC | ) ) ) | Case No. 15-32468 (KLP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. xx-xxx6617 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LITTLE CREEK LLC | ) | Case No. 15-32470 (KLP) |
| Debtor. | ) | |
| Tax I.D. No. xx-xxx1764 | ) | |
| In re: | ) | Chapter 11 |
| MIDLAND TRAIL ENERGY LLC | ) | Case No. 15-32473 (KLP) |
| Debtor. | ) | |
| Tax I.D. No. xx-xxx9024 | ) | |
| In re: | ) | Chapter 11 |
| MIDWEST COAL RESOURCES II, LLC | ) | Case No. 15-32475 (KLP) |
| Debtor. | ) | |
| Tax I.D. No. xx-xxx0003 | ) | |
| In re: | ) | Chapter 11 |
| MOUNTAIN VIEW COAL COMPANY, LLC | ) | Case No. 15-32478 (KLP) |
| Debtor. | ) | |
| Tax I.D. No. xx-xxx4206 | ) | |
| In re: | ) | Chapter 11 |
| PANTHER LLC | ) | Case No. 15-32481 (KLP) |
| Debtor. | ) | |
| Tax I.D. No. xx-xxx3722 | ) | |

KE 36171385

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL COMPANY, L.P. | ) | Case No. 15-32483 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8748 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS I LLC | ) | Case No. 15-32485 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4872 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS II LLC | ) | Case No. 15-32486 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2361 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SALES LLC | ) | Case No. 15-32490 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2530 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SERVICES LLC | ) | Case No. 15-32492 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9485 | ) | |

KE 36171385

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT LEASING COMPANY LLC | ) | Case No. 15-32495 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9264 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT MIDWEST HOLDINGS, LLC | ) | Case No. 15-32498 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0400 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT RESERVE HOLDINGS, LLC | ) | Case No. 15-32500 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5596 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT VENTURES LLC | ) | Case No. 15-15-32451 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5661 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PINE RIDGE COAL COMPANY, LLC | ) | Case No. 15-15-32453 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx7187 | ) | |

KE 36171385

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REMINGTON LLC | ) | Case No. 15-15-32454 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3721 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RHINO EASTERN | ) | Case No. 15-32456 (KLP) |
| JV HOLDING COMPANY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6329 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RIVERS EDGE MINING, INC. | ) | Case No. 15-15-32458 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8371 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROBIN LAND COMPANY, LLC | ) | Case No. 15-32459 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0125 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPEED MINING LLC | ) | Case No. 15-32462 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2194 | ) | |

KE 36171385

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THUNDERHILL COAL LLC | ) | Case No. 15-32463 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9813 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILDCAT ENERGY LLC | ) | Case No. 15-32465 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9955 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILDCAT, LLC | ) | Case No. 15-32466 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3526 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILL SCARLET PROPERTIES LLC | ) | Case No. 15-32467 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3074 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WWMV JV HOLDING COMPANY LLC | ) | Case No. 15-32472 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2570 | ) | |

10

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of Patriot Coal Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (this "Order"), (I) directing procedural consolidation and joint administration of their related chapter 11 cases, and (II) granting related relief, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district appears to be proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 15-32450 (KLP).

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

KE 36171385

The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL CORPORATION, *et al.*, | ) | Case No. 15-32450 (KLP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

The requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the Debtors' caption include the name, address, and last four digits of the tax identification number of each debtor are hereby waived.

A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Patriot Coal Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration of the chapter 11 cases of: Patriot Coal Corporation; Apogee Coal Company, LLC; Appalachia Mine Services, LLC; Black Stallion Coal Company, LLC; Brody Mining, LLC; Catenary Coal Company, LLC; Central States Coal Reserves of KY, LLC; Colony Bay Coal Company; Corydon Resources LLC; Coyote Coal Company LLC; Dodge Hill Mining Company, LLC; Eastern Associated Coal, LLC; Eastern Royalty, LLC; Emerald Processing, L.L.C.; Gateway Eagle Coal Company, LLC; Grand Eagle Mining, LLC; Heritage Coal Company LLC; Highland Mining Company, LLC; Hillside Mining Company; Hobet Mining, LLC; Jupiter Holdings LLC; Kanawha Eagle Coal, LLC; Kanawha River Ventures III, LLC; Little Creek LLC; Midland Trail Energy LLC; Midwest Coal Resources II, LLC; Mountain View Coal Company, LLC; Panther LLC; Patriot Coal Company, L.P.; Patriot Coal Holdings I LLC; Patriot Coal Holdings II LLC; Patriot Coal Sales LLC; Patriot Coal Services LLC; Patriot Leasing Company LLC; Patriot Midwest Holdings, LLC; Patriot Reserve

> Holdings, LLC; Patriot Ventures LLC; Pine Ridge Coal Company, LLC; Remington LLC; Rhino Eastern JV Holding Company LLC; Rivers Edge Mining, Inc. ; Robin Land Company, LLC; Speed Mining LLC; Thunderhill Coal LLC; Wildcat Energy LLC; Wildcat, LLC; Will Scarlet Properties LLC; WWMV JV Holding Company LLC. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 15-32450 (KLP).**

The Debtors are authorized to file the monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the Office of the United States Trustee for the Eastern District of Virginia, on a consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 13 2015
Richmond, Virginia

/s/ Keith L. Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 13 2015

13

WE ASK FOR THIS:

 /s/ Michael A. Condyles
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:       (804) 644-1700
Facsimile:        (804) 783-6192

- and -

Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:        (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200

*Proposed Counsel for the Debtors and
Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT

## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

___/s/  Michael A. Condyles_____

KE 36171385